**E-filed 1/22/07**

1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMER AHMED ZAKI, | ) No. C 06-6574 JF |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; | ) **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director, FRANCIS D. SICILIANO, Officer-in-Charge, San Jose Sub Office, U.S.C.I.S.; ROBERT MUELLER, Director of Federal Bureau of Investigation; | ) |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C06-6574 JF                                             1

| | |
|---|---|
| Dated: January 9, 2007 | Respectfully submitted, <br><br> KEVIN V. RYAN <br> United States Attorney <br><br> /s/ <br> ILA C. DEISS <br> Assistant United States Attorney <br> Attorney for Defendants |
| Dated: January 9, 2007 | /s/ See faxed signature <br> JUSTIN X. WANG <br> Attorney for Plaintiff |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/19/07

/s/ <br>
JEREMY FOGEL <br>
United States District Judge

Stipulation to Dismiss
C06-6574 JF

2

1 | Dated: January ____, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

8 | Dated: January 9, 2007

_____
JUSTIN X. WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C06-6574 JF

2